# EXHIBIT 1

Case 1:09-cv-00600-AT   Document 18-3   Filed 12/23/09   Page 1 of 2

# CERTIFICATE OF DEATH / STATE OF GEORGIA

**NOTICE TO FUNERAL DIRECTOR AND CERTIFYING PHYSICIAN**
(1) WAS THIS DEATH THE RESULT OF VIOLENCE, SUICIDE, OR CASUALTY; (2) WAS THE DECEASED IN APPARENT GOOD HEALTH; (3) WAS THE DECEASED UNATTENDED BY A PHYSICIAN; OR (4) WAS ANY SUSPICIOUS OR UNUSUAL MANNER ASSOCIATED WITH THIS DEATH?  ☐ YES ☒ NO
IF YES TO EITHER 1, 2, 3, OR 4, PLEASE NOTIFY THE CORONER IN THE COUNTY WHERE THE BODY WAS FOUND OR THE DEATH OCCURRED.



**DECEASED'S NAME:** April Cheri Kruger
**SEX:** Female
**DATE OF DEATH:** October 17, 2009
**COUNTY OF DEATH:** Morrow
**DATE OF BIRTH:** Oct 14, 1971
**AGE:** 38
**CITY/LOCATION OF DEATH:** Duluth
**HOSPITAL/INSTITUTION:** Peachtree Christian Hospice
**RACE:** White
**ORIGIN:** American
**CITIZEN:** United States
**MARITAL STATUS:** Married
**SPOUSE:** Michael Frank Kruger
**USUAL OCCUPATION:** Director of Operations
**KIND OF BUSINESS:** Workout Equipment
**RESIDENCE — STATE:** GA  **COUNTY:** Fulton  **CITY:** Alpharetta
**STREET:** 120 Braided Blanket Bluff
**INSIDE CITY LIMITS:** Yes
**ARMED FORCES:** No

**FATHER'S NAME:** Larry Joseph Morrow
**MOTHER'S NAME:** Linda Marguerite Sanders

**INFORMANT:** Linda Marguerite Sanders-Lucas
**RELATIONSHIP:** Mother
**MAILING ADDRESS:** 7805 State Hwy 28, Sucha, OK 74342

**DISPOSITION:** Cremation  **DATE:** Oct 19, 2009
**CEMETERY/CREMATORY NAME:** Cremation Society of the South
**LOCATION:** Marietta, GA 30067 Cobb

**FUNERAL DIRECTOR:** Eddie A. Papel
**FUN. DIR. LICENSE NO.:** FD004361
**EMBALMER:** Not Embalmed
**FACILITY:** Alpharetta-SouthCare Funeral Home
**ADDRESS:** 2260 Old Milton Parkway, Alpharetta, Georgia 30004
**EST. LICENSE NO.:** FEST001720
**PHONE:** 678-735-5500

**CAUSE OF DEATH:**
PART I
a. IMMEDIATE CAUSE: ES Breast CA
b. Due to:
c. Due to:
PART II OTHER SIGNIFICANT CONDITIONS: —
**AUTOPSY:** No
**FINDINGS IN DETERMINING CAUSE:** No

**WAS OPERATION PERFORMED:** No
**ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED:** —
**DATE OF INJURY:** —  **HOUR:** —  **INJURY AT WORK:** —
**PLACE OF INJURY:** —
**LOCATION:** —

**CERTIFIER:** To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.
Signature: [signed] Austin W. Smith, MD
**DATE SIGNED:** 10.27.09
**HOUR OF DEATH:** 10:30 AM
**PHYS. LIC. NO.:** 061520
**NAME OF ATTENDING PHYSICIAN:** Austin W. Smith, MD
**ADDRESS:** 5430 [illegible] Parkway, [illegible] GA 30096

**REGISTRAR:** [signed]
**DATE RECEIVED:** 10/29/09

---

This is an exact copy of the death certificate received for filing in Gwinnett County Probate Court.

[signed] Walter J. Clarke
County Custodian
Vital Records

[signed] Issuing Clerk    Date: OCT 29 2009