# EXHIBIT 2

GEORGIA PROBATE COURT
STANDARD FORM

STATE OF GEORGIA                                        ESTATE NUMBER: __215475__
COUNTY OF __FULTON__

## LETTERS TESTAMENTARY
### (Relieved of Filing Returns)

By _____Pinkie T. Toomer_____, Judge of the Probate Court of said County.

KNOW ALL WHOM IT MAY CONCERN:

That on the __2ND__ day of __DECEMBER__, 20__09__, at a regular term of the Probate Court, the last Will and Testament dated __OCTOBER 5TH__, 2009, of _____ **APRIL CHERI KRUGER** _____deceased, at the time of __HER__ death a resident of said County, was legally proven in __SOLEMN__ form and was admitted to record by order, and it was further ordered that **LINDA MARGUERITE SANDERS-LUCAS**_____ named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said **LINDA MARGUERITE SANDERS-LUCAS**_____ _____, having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all the powers of Executor(s) under the Will of said deceased, according to the Will and the law.

Given under my hand and official seal, the __16TH__ day of __DECEMBER__, 20__09__.

_____
Judge of the Probate Court

NOTE: The following must be signed if the judge does not
sign the original of this document:

Issued by:

_____                               (Seal)
Clerk, Probate Court **Effie Flemister**

Court Docketing Code W10 C.F. or **W11 S.F.**
Recorded in Letters of Testamentary Book **215**   Page **140**

**CERTIFICATION OF COPY**
This document consisting of __1__ page(s) is hereby certified to be a true copy of an original document on file in the Probate Court of Fulton County, Georgia. In witness whereof, I have hereto set my official signature and affixed the seal of the Probate Court, at the County and State aforesaid on __12/16__/2009
Effie Flemister
Clerk, Fulton County Probate Court

Effective 7/87