**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL KRUGER, JR., *individually and on behalf of Moriah Kruger and Micah Kruger, minors*, and LINDA SANDERS-LUCAS, *on behalf of the Estate of April Kruger, and Jack Morrow, a minor*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   1:09-CV-0600-AT<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

On December 19, 2011, the parties jointly requested that the case be stayed for a period of 90 days to allow the parties to attempt mediation pursuant to Local Rule 16.7 [Doc. 59]. This case has been pending sine March 5, 2009, and there are currently four motions pending before the Court. Accordingly, the Court **ORDERS** that the case be **ADMINISTRATIVELY CLOSED**[1] pending the parties attempt to mediate the case. In the event the case is resolved at the mediation, the parties are **DIRECTED** to file a Stipulation of Dismissal within 10 days of the completion of the

---

[1] Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner.

AO 72A
(Rev.8/82)

mediation. In the event the case is not resolved, the parties are **DIRECTED** to file a Motion to Reopen the case within 10 days of the completion of the mediation.

The Clerk is **DIRECTED** to administratively close this case.

It is so **ORDERED** this 27th day of December, 2011.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**